IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

05 - 10593 PBS

| | |
|---|---|
| POWERCARD EXPORT CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. _____ |
| ) | |
| v. ) | |
| ) | |
| DIEBOLD, INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DIEBOLD, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Diebold, Incorporated discloses that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: March 28, 2005

Respectfully submitted,

_____
Thomas E. Peisch, BBO # 393260
Jacob A. Labovitz, BBO # 646967
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
Telephone: (617) 482-8200
Facsimile: (617) 482-6444

*Attorneys for Defendant Diebold, Incorporated*

OF COUNSEL:
John M. Majoras
Thomas M. Henry
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DIEBOLD, INCORPORATED has been served by hand delivery and U.S. Mail, postage pre-paid, upon the following counsel of record on this the 28th day of March, 2005:

>John P. Connelly
>Peabody & Arnold LLP
>30 Rowes Wharf
>Boston, MA 02110
>(Attorneys for Plaintiff)

223160.1