## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWERCARD EXPORT CORP., | ) ) ) |
| Plaintiff, | ) ) Docket No. 05-cv-10593-PBS |
| v. | ) ) ) |
| DIEBOLD, INCORPORATED, | ) ) |
| Defendant. | ) ) |

### NOTICE OF APPEARANCE

Pursuant to D. Mass. L.R. 83.5.2, please enter the appearance of Jacob A. Labovitz on behalf of Diebold, Incorporated.

/s/ Jacob A. Labovitz
Jacob A. Labovitz (BBO# 646967)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated:  April 4, 2005

223726.1