## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| POWERCARD EXPORT CORP., | ) ) ) | |
| Plaintiff, | ) ) | Docket No. 05-cv-10593-PBS |
| v. | ) ) ) | |
| DIEBOLD, INCORPORATED, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Pursuant to D. Mass. L.R. 83.5.2, please enter the appearance of Thomas E. Peisch on behalf of Diebold, Incorporated.

/s/ Thomas E. Peisch
Thomas E. Peisch (BBO# 393260)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated:  April 4, 2005

223729.1