UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWERCARD EXPORT CORP.,<br><br>       Plaintiff,<br><br>v.<br><br>DIEBOLD, INCORPORATED,<br><br>       Defendant. | )<br>)<br>)<br>)  Docket No. 05-cv-10593-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Pursuant to D. Mass. L.R. 83.5.2, please enter the appearance of Thomas E. Peisch on behalf of Diebold, Incorporated.

          /s/ Thomas E. Peisch
          Thomas E. Peisch (BBO# 393260)
          CONN KAVANAUGH ROSENTHAL
           PEISCH & FORD, LLP
          Ten Post Office Square
          Boston, MA  02109
          (617) 482-8200

Dated:  April 4, 2005

223729.1