UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWERCARD EXPORT CORP., ) | |
| ) | |
| Plaintiff, ) | Docket No. 05-cv-10593-PBS |
| ) | |
| v. ) | |
| ) | |
| DIEBOLD, INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEYS JOHN M. MAJORAS AND THOMAS M. HENRY FOR DEFENDANT DIEBOLD, INCORPORATED AND RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned counsel for defendant Diebold, Incorporated ("Diebold"), hereby move that John M. Majoras and Thomas M. Henry be admitted *pro hac vice* as co-counsel for defendant Diebold in this case.

In support of this motion, the undersigned counsel states as follows:

1. Attorneys Majoras and Henry are members of the bar in good standing in every jurisdiction where they have been admitted to practice.

2. There are no disciplinary proceedings pending against attorneys Majoras and Henry as members of the bar in any jurisdiction.

3. Attorneys Majoras and Henry are familiar with the Local Rules of the United States District Court for the District of Massachusetts and will coordinate all of their activities in this case through the undersigned counsel.

4. The undersigned counsel has filed an appearance for defendant Diebold in this case.

WHEREFORE, the signed counsel for defendant Diebold respectfully request that an order be entered permitting attorneys Majoras and Henry to appear *pro hac vice* on behalf of defendant Diebold in this action.

Respectfully submitted,
DIEBOLD, INCORPORATED

By its attorneys,

/s/ Jacob A. Labovitz_____
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated:  April 7, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on March 28, 2005, he conferred telephonically with counsel for plaintiff concerning this motion.  During that conference, counsel stated that he assented to the motion.

/s/ Jacob A. Labovitz_____
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

224044.1