## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWERCARD EXPORT CORP., ) | |
| ) | |
| Plaintiff, ) | Docket No. 05-cv-10593-PBS |
| ) | |
| v. ) | |
| ) | |
| DIEBOLD, INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF JOHN M. MAJORAS PURSUANT TO LOCAL RULE 83.5.3(b)**

I, John M. Majoras, declare and state as follows:

1. I am a partner in the firm of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001, and counsel for defendant Diebold, Incorporated ("Diebold"). I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Diebold in the above-captioned action.

2. I am a member of the Bar of District of Columbia.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

- 1 -

      6.      I designate Thomas E. Peisch, Esq. and Jacob A. Labovitz, Esq. of the law firm Conn Kavanaugh Rosenthal Peisch & Ford, LLP, having offices at Ten Post Office Square, Boston, Massachusetts 02109, telephone number (617) 482-8200, who are members of the Bar of this Court and who maintain an office in this District for the practice of law, as attorneys with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

      7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 6, 2005

                                                                                    John M. Majoras

223220.1