UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Powercard, Export Corp.
        Plaintiff,                    CIVIL ACTION
                                                  NO.   05-10593-PBS
    v.

Diebold. Inc.
        Defendant.

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                     April 14, 2005

      At the request of counsel, the Scheduling Conference  previously scheduled for May 13, 2005, has been **rescheduled** to **May 17, 2005, at 2:00 p.m.**

                                                                     By the Court,

                                                                     _./s/ Robert C. Alba_
                                                                     Deputy Clerk

Copies to:  All Counsel

resched.ntc