UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

POWERCARD EXPORT CORP.,

    Plaintiff,

v.

DIEBOLD, INCORPORATED,

    Defendant.

CIVIL ACTION NO. 05-CV-10593-PBS

## CORPORATE DISCLOSURE STATEMENT
## OF PLAINTIFF POWERCARD EXPORT CORP.

Pursuant to Fed. R. Civ. P. 71 and Local Rule 7.3, the plaintiff Powercard Export Corp. discloses that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

    PLAINTIFF POWERCARD EXPORT CORP.
    By its attorneys,


    /s/ John P. Connelly
    John P. Connelly, BBO #546670
    PEABODY & ARNOLD LLP
    30 Rowes Wharf
    Boston, MA 02110
    (617) 951-2100

Dated: April 14, 2005

611506

- 2 -

CERTIFICATE OF SERVICE

      I, John P. Connelly, hereby certify that on this ___ day of April, 2005 I served a copy of the foregoing by first class mail, postage prepaid upon the defendant's attorneys: Jacob A. Labovitz, Esquire and Thomas E. Peisch, Esquire, Conn Kavanaugh Rosenthal Peisch & Ford, LLP, Ten Post Office Square, Boston, MA 02109, and Thomas M. Henry, Esquire and John M. Majoras, Esquire, Jones Day, 51 Louisiana Avenue, N.W., Washington, DC 20001-2113.


                                      /s/ John P. Connelly