UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| POWERCARD EXPORT CORP., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:05-cv-10593-PBS |
| v. | ) ) ) | |
| DIEBOLD, INCORPORATED, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT DIEBOLD, INCORPORATED'S INITIAL DISCLOSURES**

Defendant Diebold, Incorporated ("Diebold"), pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A), hereby makes its Initial Disclosures in this matter to Plaintiff Powercard Export Corp. ("PEC"). The following Initial Disclosures are made based on the information presently available to Diebold, following a reasonable investigation. Diebold reserves the right to supplement these Initial Disclosures if and when additional information is discovered either through discovery or other available means. Diebold also reserves the right to introduce evidence, witnesses, and documents disclosed in the Joint Pretrial Order or identified in additional disclosures to the Court pursuant to Rules 26(a)(2) and 26(a)(3).

**I.     Persons Likely to Have Discoverable Information That Diebold May Use to Support Its Defenses**

At this time, Diebold believes that the following individuals are likely to have discoverable information that Diebold may use to support its defenses:

**Gilbert Beinhocker**
President and CEO, Powercard Export Corp.
c/o John P. Connelly, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's failure to offer, or demonstrate an ability, to pay for any ATMs from Diebold; PEC's offer to sell refurbished ix-series ATMs; PEC's proposed Russian venture(s); PEC's misrepresentations; any persons or entities that invested or committed to invest in PEC or PEC's proposed Russian venture(s); the absence of contractual relations between PEC and Diebold or its subsidiaries; the absence of contractual relations between PEC and certain Russian entities; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; PEC's communications with banks, investors and other third parties; the business practices of PEC and/or its principals or employees.

**John McClellan**
Officer, Powercard Export Corp.
c/o John P. Connelly, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's failure to offer, or demonstrate an ability, to pay for any ATMs from Diebold; PEC's offer to sell refurbished ix-series ATMs; PEC's proposed Russian venture(s); PEC's misrepresentations; any persons or entities that invested or committed to invest in PEC or PEC's proposed Russian venture(s); the absence of contractual relations between PEC and Diebold or its subsidiaries; the absence of contractual relations between PEC and certain Russian entities; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; PEC's communications with banks, investors and other third parties; the business practices of PEC and/or its principals or employees.

**Pat Barton**
Employee, Powercard Export Corp.
c/o John P. Connelly, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's failure to offer, or demonstrate an ability, to pay for any ATMs from Diebold; PEC's offer to sell refurbished ix-series ATMs; PEC's proposed Russian venture(s); PEC's misrepresentations; any persons or entities that invested or committed to invest in PEC or PEC's proposed Russian venture(s); the absence of contractual relations between PEC and Diebold or its subsidiaries; the absence of contractual relations between PEC and certain Russian entities; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; PEC's communications with banks, investors and other third parties; the business practices of PEC and/or its principals or employees.

**Roy Kaufmann**
Employee, Powercard Export Corp.
c/o John P. Connelly, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's failure to offer, or demonstrate an ability, to pay for any ATMs from Diebold; PEC's offer to sell refurbished ix-series ATMs; PEC's proposed Russian venture(s); PEC's misrepresentations; any persons or entities that invested or committed to invest in PEC or PEC's proposed Russian venture(s); the absence of contractual relations between PEC and Diebold or its subsidiaries; the absence of contractual relations between PEC and certain Russian entities; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; PEC's communications with banks, investors and other third parties; the business practices of PEC and/or its principals or employees.

**Kirill Kuznetsov**
Chief Technology Officer and COO, Powercard Export Corp.
c/o John P. Connelly, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's offer to sell refurbished ix-series ATMs; PEC's proposed Russian venture(s); PEC's misrepresentations; any persons or entities that invested or committed to invest in PEC or PEC's proposed Russian venture(s); the absence of contractual relations between PEC and Diebold or its subsidiaries; the absence of contractual relations between PEC and certain Russian entities; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; PEC's communications with banks, investors and other third parties; the business practices of PEC and/or its principals or employees.

**Albert Alexandrians**
Manager, Powercard Russia
c/o John P. Connelly, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's offer to sell refurbished ix-series ATMs; PEC's proposed Russian venture(s); PEC's misrepresentations; any persons or entities that invested or committed to invest in PEC or PEC's proposed Russian venture(s); the absence of contractual relations between PEC and Diebold or its subsidiaries; the absence of contractual relations between PEC and certain Russian entities; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; PEC's communications with banks, investors and other third parties; the business practices of PEC and/or its principals or employees.

**Boris Pavlov**
Executive Director, Powercard Russia
c/o John P. Connelly, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110

(617) 951-2100

Subject(s) of Information: Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's offer to sell refurbished ix-series ATMs; PEC's proposed Russian venture(s); PEC's misrepresentations; any persons or entities that invested or committed to invest in PEC or PEC's proposed Russian venture(s); the absence of contractual relations between PEC and Diebold or its subsidiaries; the absence of contractual relations between PEC and certain Russian entities; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; PEC's communications with banks, investors and other third parties; the business practices of PEC and/or its principals or employees.

**Andrey Polouektov**
Managing Director
APEX Emerging Markets Finance
WTC, 12, Krasnopresnenskaya emb
Entrance 6, office 909
Moscow 123619 Russia
+7 (095) 258-2353

Subject(s) of Information: Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's offer to sell refurbished ix-series ATMs; PEC's proposed Russian venture(s); PEC's misrepresentations; any persons or entities that invested or committed to invest in PEC or PEC's proposed Russian venture(s); the absence of contractual relations between PEC and Diebold or its subsidiaries; the absence of contractual relations between PEC and certain Russian entities; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; PEC's communications with banks, investors and other third parties; the business practices of PEC and/or its principals or employees.

**David Bucci**
Senior Vice President, Customer Solutions Group
Diebold, Incorporated
5995 Mayfair Road
P.O. Box 3077
North Canton, OH  44720-8077
(330) 490-4000

Subject(s) of Information: Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's offer to sell refurbished ix-series ATMs; the

business practices of PEC and/or its principals or employees; the absence of contractual relations between PEC and Diebold or its subsidiaries.

**Dennis Moriarity**
Vice President, Customer Business Solutions
Diebold, Incorporated
5995 Mayfair Road
P.O. Box 3077
North Canton, OH  44720-8077
(330) 490-4000

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's offer to sell refurbished ix-series ATMs; the business practices of PEC and/or its principals or employees; the absence of contractual relations between PEC and Diebold or its subsidiaries.

**Wico Van Genderen**
Area Vice President
Diebold, Incorporated
5995 Mayfair Road
P.O. Box 3077
North Canton, OH  44720-8077
(330) 490-4000

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; the absence of contractual relations between PEC and Diebold or its subsidiaries.

**Gary Naresky**
Regional Sales Manager
Diebold, Incorporated
261 Cedar Hill Road, Building C
Marlborough, MA  01752
(508) 480-6400

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's offer to sell refurbished ix-series ATMs; the absence of contractual relations between PEC and Diebold or its subsidiaries; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; Diebold's use of any materials provided to it by PEC or entities acting on behalf of PEC.

**James Logan**
Client Executive
Diebold, Incorporated
261 Cedar Hill Road, Building C
Marlborough, MA  01752
(508) 480-6400

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's offer to sell refurbished ix-series ATMs; the absence of contractual relations between PEC and Diebold or its subsidiaries; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; Diebold's use of any materials provided to it by PEC or entities acting on behalf of PEC.

**Michael Roy**
Account Manager
Diebold, Incorporated
261 Cedar Hill Road, Building C
Marlborough, MA  01752
(508) 480-6400

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; the absence of contractual relations between PEC and Diebold or its subsidiaries; Diebold's use of any materials provided to it by PEC or entities acting on behalf of PEC.

**Clifford Meinhardt**
Vice President
Sales and Marketing EMEA
Diebold International Limited
Morgan House, Madeira Walk
Windsor, Berkshire  SL4 1YE
United Kingdom
+44 1753 836 710

Subject(s) of Information:  Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's request to purchase 500 Opteva 720 ATMs; PEC's request to purchase refurbished ix-series ATMs; PEC's failure to offer, or demonstrate an ability, to pay for any ATMs from Diebold; PEC's offer to sell refurbished ix-series ATMs; PEC's proposed Russian venture(s); PEC's misrepresentations; the absence of contractual relations between PEC and Diebold or its subsidiaries; the absence of contractual relations between PEC and certain Russian entities; the non-confidential nature of materials that PEC and entities acting on behalf of PEC provided to Diebold and its subsidiaries; the

business practices of PEC and/or its principals or employees; Diebold's use of any materials provided to it by PEC or entities acting on behalf of PEC.

**Victor Dzhokhadze**
General Director
Diebold Self-Service CIS
Off. 412. Building 4
13A Kashirskoye Ave
Moscow 115230
+7 (095) 737-3618

Subject(s) of Information: Communications and negotiations between PEC and Diebold and its subsidiaries; PEC's failure to offer, or demonstrate an ability, to pay for any ATMs from Diebold; PEC's offer to sell refurbished ix-series ATMs; PEC's proposed Russian venture(s); PEC's misrepresentations; the absence of contractual relations between PEC and Diebold or its subsidiaries; the absence of contractual relations between PEC and certain Russian entities; the business practices of PEC and/or its principals or employees; Diebold's use of any materials provided to it by PEC or entities acting on behalf of PEC.

**Igor Goldovsky**
General Director
STB Card
[contact information to be supplemented]

Subject(s) of Information: PEC's offer to sell refurbished ix-series ATMs; PEC's misrepresentations.

**LANIT**
[contact information to be supplemented]

Subject(s) of Information: PEC's offer to sell refurbished ix-series ATMs; PEC's misrepresentations.

**Russian Entities Identified as Having a Contractual Relationship with Plaintiff**

Subject(s) of Information: PEC's proposed Russian venture(s); PEC's misrepresentations; any persons or entities that invested or committed to invest in PEC or PEC's proposed Russian venture(s); the absence of contractual relations between PEC and certain Russian entities; PEC's communications with banks, investors and other third parties; the business practices of PEC and/or its principals or employees.

**Entities that Allegedly Invested or Committed to Invest in PEC or in Any Company Formed or Planned To Be Formed by PEC**

Subject(s) of Information: PEC's proposed Russian venture(s); PEC's misrepresentations; any persons or entities that invested or committed to invest in PEC or PEC's proposed Russian venture(s); PEC's communications with banks, investors and other third parties; the business practices of PEC and/or its principals or employees.

II.   **Description by Category and Location of Documents, Data Compilations, and Tangible Things that Diebold May Use to Support Its Defenses**

Diebold hereby describes, by category, the following non-privileged and non-work-product materials in its possession, custody or control that are located at Diebold's headquarters at 5995 Mayfair Road, North Canton, Ohio, or at Diebold's Marlborough office at 261 Cedar Hill Road, Building C, Marlborough, Massachusetts. Upon request, these documents will be made available for review at a mutually convenient time and place. Based on a reasonable investigation, Diebold may use the following to support its defenses:

- Documents reflecting communications and/or negotiations between PEC and Diebold or its subsidiaries.

- Documents reflecting internal communications among employees at Diebold and/or its subsidiaries regarding negotiations with PEC.

- Documents reflecting the pricing, practices and policies of Diebold and/or its subsidiaries concerning the sales of ATMs.

- Documents evidencing the absence of any contracts or contractual relationships between PEC and Diebold or its subsidiaries.

- Documents that Diebold or its subsidiaries received from PEC and/or entities acting on behalf of PEC.

- Financial materials and other documents containing information about PEC and/or its employees and their business practices.

### III.  Computation of Damages Claimed by Diebold

Diebold does not allege any damages at this time but reserves the right to do so.  Further, Diebold denies liability to PEC for any damages.

### IV.  Liability Insurance Policies

Diebold does not have any insurance policy under which any person carrying on an insurance business may be liable on behalf of Diebold to satisfy part or all of a judgment which may be entered in this action or to indemnify or to reimburse Diebold for payments made to satisfy any judgment.

Dated: May 10, 2005                                   DIEBOLD, INCORPORATED

                                                      By its attorneys,


                                                      /s/ Jacob A. Labovitz
                                                      Thomas E. Peisch (BBO# 393260)
                                                      Jacob A. Labovitz (BBO# 646967)
                                                      CONN KAVANAUGH ROSENTHAL
                                                          PEISCH & FORD, LLP
                                                      Ten Post Office Square
                                                      Boston, MA 02109
                                                      Telephone:  (617) 482-8200
                                                      Facsimile:  (617) 482-6444

                                                      /s/ Thomas M. Henry
                                                      John M. Majoras (admitted *pro hac vice*)
                                                      Thomas M. Henry (admitted *pro hac vice*)
                                                      JONES DAY
                                                      51 Louisiana Avenue, N.W.
                                                      Washington, D.C. 20001-2113
                                                      Telephone:  (202) 879-3939
                                                      Facsimile:  (202) 626-1700