UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Powercard Export Corp.
Plaintiff,
       V.                                      Civil Action Number
                                                  05-10593-PBS
Diebold, Inc.
Defendant.                                          May 17, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/31/06

Plaintiff's expert designation deadline: 2/23/06

Defendant's expert designation deadline: 4/16/06

Expert discovery deadline: 4/27/06

Summary Judgment Motion filing deadline: 5/25/06

Opposition to Summary Judgment Motions: 6/22/06

Reply: 7/6/05

Hearing on Summary Judgment or Pretrial Conference: 8/3/06 at 2:00 p.m.

Case to be referred to Mediation program:  Fall, 2005

                                                               By the Court,

                                                               /s/ Robert C. Alba
                                                               Deputy Clerk