UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWERCARD EXPORT CORP., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05-cv-10593-PBS |
| ) | |
| v. ) | |
| ) | |
| DIEBOLD, INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), the plaintiff Powercard Export Corp. and defendant Diebold, Incorporated jointly move that the attached Stipulation and [Proposed] Protective Order be entered as an Order of this Court.

POWERCARD EXPORT CORP.,

By its attorney,


/s/ John P. Connelly_____
John P. Connelly (BBO# 546670)
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100




Dated:  June 28, 2005

DIEBOLD, INCORPORATED,

By its attorneys,


/s/ Jacob A. Labovitz_____
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

John M. Majoras (admitted *pro hac vice*)
Thomas M. Henry (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(617) 720-2626

229781.1