## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| POWERCARD EXPORT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  05-10593-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| DIEBOLD, INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE COURT-ORDERED MEDIATION CONFERENCE

Diebold, Incorporated ("Diebold") hereby moves that the Court-ordered mediation conference scheduled for September 27, 2005, before Magistrate Judge Dein be continued until September 30, 2005 -- a date that counsel and representatives of both parties are available -- or until any other date on or before October 14, 2005 that is convenient for the Court.  As grounds therefor, Diebold states that its client representative for purposes of settlement is not available to attend the mediation conference in person on the scheduled date as required by the Court.

Counsel for Powercard Export Corp. does not oppose this motion only to the extent that the mediation conference will be rescheduled on or before October 14, 2005.

| Dated: September 19, 2005 | DIEBOLD, INCORPORATED, |
|---|---|
| | By its attorneys, |
| | |
| | /s/ Jacob A. Labovitz |
| | Thomas E. Peisch (BBO# 393260) |
| | Jacob A. Labovitz (BBO# 646967) |
| | CONN KAVANAUGH ROSENTHAL |
| | PEISCH & FORD, LLP |
| | Ten Post Office Square |
| | Boston, MA 02109 |
| | (617) 482-8200 |
| | |
| | John M. Majoras (admitted *pro hac vice*) |
| | Thomas M. Henry (admitted *pro hac vice*) |
| | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| | Washington, D.C. 20001 |
| | (202) 879-3939 |

236232.1