UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| POWERCARD EXPORT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-10593-PBS |
| | ) | |
| DIEBOLD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On _____, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    \_\_X\_\_ MEDIATION    _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel and were present in person or by authorized corporate officer.

The case was:

[ X ]   Settled.  Your clerk should enter a 30-day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
_____

                                                                                     / s / Judith Gail Dein
                                                                             Judith Gail Dein, U.S. Magistrate Judge

DATED:  October 14, 2005                                    ADR Provider