UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWERCARD EXPORT CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>DIEBOLD, INCORPORATED,<br><br>        Defendant. | CIVIL ACTION NO. 05-CV-10593-PBS |

**PLAINTIFF'S ASSENTED-TO MOTION TO DISMISS CASE WITH PREJUDICE**

      The plaintiff Powercard Export Corp. ("PEC") hereby moves this Court to enter an Order dismissing this case with prejudice. As grounds for this motion, PEC states that it reached a settlement with the defendant Diebold, Incorporated ("Diebold"), and that one of the terms of the settlement was that PEC would dismiss this case with prejudice. However, before PEC was able to file a stipulation of dismissal of this case with prejudice, this Court issued a Settlement Order Of Dismissal in which there was a dismissal of this case without prejudice. PEC now desires to have this case dismissed with prejudice, and Diebold assents to this motion.

                                            PLAINTIFF POWERCARD EXPORT
                                            CORP.
                                            By its attorneys,


                                            /s/John P. Connelly
                                            _____
                                            John P. Connelly, BBO #546670
                                            PEABODY & ARNOLD LLP
                                            30 Rowes Wharf
                                            Boston, MA 02110
                                            (617) 951-2100

        ASSENTED-TO BY DEFENDANT
        DIEBOLD, INCORPORATED
        By its attorneys,


        /s/Thomas E. Peisch
        _____
        Thomas E. Peisch, BBO #393260
        Jacob A. Labovitz, BBO #646967
        CONN KAVANAUGH ROSENTHAL
          PEISCH & FORD, LLP
        Ten Post Office Square
        Boston, MA 02109
        (617) 482-8200

        John M. Majoras (admitted pro hac vice)
        Thomas M. Henry (admitted pro hac vice)
        JONES DAY
        51 Louisiana Avenue, N.W.
        Washington, DC 20001
        (202) 879-3939

Dated: January 19, 2006

## CERTIFICATE OF SERVICE

     I, John P. Connelly, hereby certify that on this ___ day of January, 2006 I served a copy of the foregoing by electronic mail upon the defendant's attorneys: Jacob A. Labovitz, Esquire and Thomas E. Peisch, Esquire, Conn Kavanaugh Rosenthal Peisch & Ford, LLP, Ten Post Office Square, Boston, MA 02109; and Thomas M. Henry, Esquire and John M. Majoras, Esquire, Jones Day, 51 Louisiana Avenue, N.W., Washington, DC 20001-2113.


        /s/John P. Connelly
        _____
        John P. Connelly


630060